

# The Attorney General of Texas

February 22, 1982

MARK WHITE
Attorney General

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711- 2548
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

1607 Main St., Suite 1400
Dallas, TX. 75201-4709
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905-2793
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002-6986
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401-3479
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501-1685
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205-2797
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Ron Enns
Dallam County Attorney
County Courthouse
P. O. Box 561
Dalhart, Texas     79022

Dear Mr. Enns:

Opinion No. MW-448

Re:  Authority  of  political
subdivisions to jointly build
and operate  a  regional jail
facility

You ask the following question:

> May Dallam County, Hartley County, and the City of
> Dalhart   jointly   finance,   construct,   own   and
> operate a regional jail facility?

The Interlocal Cooperation Act provides that "[b]y resolution of the governing body, a political subdivision of the state may contract with other political subdivisions of the state to participate in the ownership, construction, and operation of a regional jail facility." V.T.C.S. art. 4413(32c), §4(h)(1). The act defines "local government" to include a county, a home rule city, a general law city, or "any other legally constituted political subdivision...or a combination of political subdivisions." V.T.C.S. art. 4413(32c), §3(1). It is clear from the equation of "political subdivision" with a county and a city that the two counties and the city may contract under section 4(h) to participate in the ownership, construction and operation of a regional jail facility.

Section 4(h) sets out procedures for financing, locating, and operating the jail. If the counties and city you name follow these requirements, they have authority under the Interlocal Cooperation Act to jointly finance, construct, own, and operate a regional jail facility.

Letter Advisory No. 133 (1977) considered the constitutionality of section 4(h) of the Interlocal Cooperation Act. The provision, pending legislation at the time, was held constitutional under article XI, section 2 of the Texas Constitution, which empowers the legislature to provide by general law for jail construction. Thus, as determined in Letter Advisory No. 133, the constitution does not prevent political subdivisions from exercising the power granted by section 4(h) of article 4413(32c), V.T.C.S.

## S U M M A R Y

The counties of Dallam and Hartley and the city of Dalhart may jointly finance, construct, own and operate a regional jail facility under the authority of article 4413(32c), section 4(h), V.T.C.S.

Very truly yours,

M A R K   W H I T E
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Susan L. Garrison
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Chairman
Rick Gilpin
Jim Moellinger